IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MITTENDORF SPORTS, a Maryland Sole Proprietorship,<br><br>     Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and TERENCE CRAWFORD, an individual,<br><br>     Defendants. | 8:17-CV-11<br><br>ORDER |

  This matter is before the Court on the plaintiff's Motion to File under Seal (filing 103). That motion will be granted in part and denied in part.

  If a document is to be filed on the Court's docket, it may, pursuant to this Court's local rules, be filed either as "restricted" or "sealed." A sealed document is available only to court users and the filing party; it is not available to the opposing party or the public. *See* NEGenR 1.3(a)(1)(B)(i); NECivR 7.5(c). A restricted document, on the other hand, is available to court users and parties of record. *See* NEGenR 1.3(a)(1)(B)(ii); NECivR 5.3(c)(3). The plaintiff's motion refers to documents containing confidential information that should be restricted pursuant to Fed. R. Civ. P. 5.2(e) and NECivR 5.3(b). Such documents should not be sealed: rather, they should be filed under provisional *restriction*, along with a motion for leave to restrict, as set forth in NECivR 5.3(c)(1).

  The plaintiff's exhibits should be restricted, rather than sealed. The Court will, therefore, grant the plaintiff's motion in part, and order the Clerk

of the Court to restrict access to the plaintiff's exhibits and provide electronic notice of the filing to the other parties.

IT IS ORDERED:

1. The plaintiff's Motion to File under Seal (filing 103) is granted in part and denied in part.

2. The Clerk of the Court is directed to modify the docket entries for filings 104 through 108 to restrict access to the documents to court users and case participants.

3. The Clerk of the Court shall regenerate the notice of electronic filing for filings 104 through 108 in order to ensure that notice of the filings has been provided to the parties.

Dated this 29th day of January, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge