IN THE UNITED STATES DISTRICT COURT5
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDDENDORF SPORTS, a Maryland Sole Proprietorship; )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TOP RANK, INC., a Nevada corporation; and )<br>TERENCE CRAWFORD, an individual, )<br>)<br>Defendants. )<br>) | **8:17CV11**<br><br>**INDEX OF TRIAL EXHIBITS** |

COMES NOW the Defendant, Top Rank, Inc., by and through its attorneys of record, and submits the parties' Joint Exhibit List, along with the following trial exhibits:

1. Agreement and Release dated June 30, 2011
2. Termination and Mutual Release dated June 30, 2011
3. Top Rank Promotional Rights Agreement dated June 16, 2011
4. Notice of Agreed Assignment of Rights dated July 19, 2011
5. Exclusive Restated Promotional Rights Agreement dated September 16, 2014
6. Email Exchange from Christopher Middendorf to Harrison Whitman
7. Email Exchange from Harrison Whitman to Todd DuBoef and Carl Moretti
8. Email Exchange from Harrison Whitman to Todd DuBoeff and Carl Moretti
9. Email Exchange from Harrison Whitman to Todd DuBoeff and Carl Moretti
10. Top Rank Press Release
11. Plaintiff's Answers to Top Rank's Interrogatories
12. Defendant Top Rank's Responses to Plaintiff's Requests for Admission, Interrogatories, and Production
13. Redacted Email Communications
14. Press Release Regarding Terence Crawford vs. Julius Indongo
15. Top Rank Article Regarding Terence Crawford's Fight History
16. Top Rank Article Regarding Biography of Terence Crawford
17. Boxing Record of Terrence Crawford

TOP RANK, INC., Defendant

By:  s/ Catherine L. Stegman
Donald J. Campbell (*pro hac vice*)
J. Colby Williams (*pro hac vice*)
Philip R. Erwin. (*pro hac vice*)
CAMPBELL & WILLIAMS
700 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222/Fax: (702) 382-0540
djc@cwlawlv.com
jcw@cwlawlv.com
pre@cwlawlv.com

Joseph S. Daly, #10896
Catherine L. Stegman, #18868
SODORO DALY SHOMAKER PC LLO
7000 Spring Street
Omaha, NE 68106
Tel: (402) 397-6200/Fax:(402) 397-6290
jdaly@sodorolaw.com
cstegman@sodorolaw.com

Patrick J. Borchers (#21664)
2500 California Plaza
Omaha, Nebraska 68178
Tel: (402) 280-3009/Fax: (402) 280-2787
PatrickBorchers@creighton.edu

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska by using the CM/ECF system. I certify that all participants in the case are represented by registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Catherine L. Stegman