## TERMINATION AND MUTUAL RELEASE

As of this 30th day of June, 2011, TKO Boxing Promotions, LLC, ("TKO") and Terence Crawford ("Fighter") do enter into this termination and mutual release. TKO and Fighter have entered into a Promotional Rights Agreement ("Promotional Agreement") dated as of December 7th, 2010. Except for those ancillary rights previously granted by Fighter to TKO, TKO and Fighter, including their respective predecessors, successors, beneficiaries, heirs, agents, managers, assigns, and any person or entity claiming by, through, or on behalf of any of them, and all others acting in concert with them, do hereby release, waive and forever discharge one another, and each of their respective predecessors, successors, beneficiaries, heirs, agents, managers, assigns, and any person or entity claiming by, through, or on behalf of any of them, and all others acting in concert with them, of and from any and all manner of actions, causes of actions, claims, suits, debts, demands, judgments, agreements and/or obligations of any nature whatsoever, in law or equity, whether known or unknown, suspected, or asserted, matured or unmatured, accrued or unaccrued, direct or indirect, which they ever had or now have, for or by reason of any cause, matter, event, occurrence, or thing whatsoever arising out of or connected with, directly or indirectly, any and all dealings, contracts, agreements (including the Promotional Agreement), transactions, events or other activities involving or related to TKO and/or Fighter and hereby agree that the Promotional Agreement is hereby terminated as of the Date Hereof, except as provided herein. This Release shall not affect any grant of ancillary rights granted by Fighter to TKO in any previously executed bout and/or promotional agreement.

Agreed By: _[signature]_

TKO Boxing Promotions, LLC

Agreed By: _____

Fighter

TOPRANK 000003