**From:** Harrison Whitman [HWhitman@toprank.com]
**Sent:** 7/28/2016 4:14:37 PM
**To:** Todd DuBoef [tduboef@toprank.com]; Carl Moretti [cmoretti@toprank.com]
**Subject:** FW: update on Crawford invoice

FYI --

**From:** Harrison Whitman
**Sent:** Thursday, July 28, 2016 9:14 AM
**To:** 'Christopher Middendorf' <chris@middendorfsports.com>; David Lopez <DLopez@toprank.com>
**Subject:** RE: update on Crawford invoice

Hey Chris,

Thanks for reaching out. We have had an opportunity to reviewed the agreements and we do not believe the 8% fee is due for Terence's July 23 bout. Terence's bout on July 23 was not a title defense as provided for in the Promotional Rights Agreement, which address conventional title defense situations akin to Terence's June 28, 2014 bout with Gamboa. By contrast, the July 23 bout was a title unification bout in which Terence was not simply participating in a title defense but rather a bout in which he was also challenging for Postol's WBC championship title. This type of hybrid bout is not provided for in Section 5 of the release, which is limited solely to title defense bouts.

Please let me know if you would like to discuss.

Best,

Harrison

**From:** Christopher Middendorf [mailto:chris@middendorfsports.com]
**Sent:** Wednesday, July 27, 2016 3:58 PM
**To:** David Lopez <DLopez@toprank.com>

Cc: Harrison Whitman <HWhitman@toprank.com>
Subject: Re: update on Crawford invoice

Harrison- Good afternoon.

Dave has looped you in as I have been asking after the payment that I am due from the Terence Crawford fight Saturday.

I am sure that you have seen the agreement that is in place that pays me a fee equal to 8% of his purse. I am checking on the status as

I am due to be paid no later than Friday as per that agreement. As Dave has been unable to give me an update on the status of my payment, and as it is

a substantial amount of money, I am now asking you the status. If there is a problem, please let me know. I will follow up with you tomorrow midday

to see where we stand.

Thank you very much for your time.


Chris Middendorf


Christopher S. Middendorf
(301) 942 5601 office
(301) 873 7064 cell
chris@middendorfsports.com

---

From: David Lopez <DLopez@toprank.com>
To: "chris@middendorfsports.com" <chris@middendorfsports.com>
Cc: Harrison Whitman <HWhitman@toprank.com>
Sent: Wednesday, July 27, 2016 6:39 PM
Subject: update on Crawford invoice

Hi Chris, I picked up your voicemail requesting update on your invoice. I still do not know the specifics around this so I'm looping in Harrison Whitman, who probably has a better sense of the situation.


Dave

Confidential

TOPRANK 000579