**To:** Carl Moretti[cmoretti@toprank.com]
**Cc:** Daniel Pancheri[DPancheri@toprank.com]
**From:** David Lopez
**Sent:** Wed 7/23/2014 11:22:28 PM
**Subject:** RE: Omaha

# Redacted - A/C Privilege

**From:** David Lopez
**Sent:** Wednesday, July 23, 2014 4:19 PM
**To:** Carl Moretti
**Cc:** Daniel Pancheri
**Subject:** RE: Omaha

## Redacted - A/C Privilege

**From:** Carl Moretti
**Sent:** Wednesday, July 23, 2014 4:17 PM
**To:** David Lopez
**Cc:** Daniel Pancheri
**Subject:** Re: Omaha

## Redacted - A/C Privilege

Carl Moretti
Vice President-Top Rank
201-693-7735
cmoretti@toprank.com

On Jul 23, 2014, at 7:01 PM, "David Lopez" <DLopez@toprank.com> wrote:

> Which was cut today
>
> **From:** Carl Moretti
> **Sent:** Wednesday, July 23, 2014 4:01 PM
> **To:** David Lopez
> **Cc:** Daniel Pancheri
> **Subject:** Re: Omaha

what about the $40k Middendorf?

Carl Moretti
Vice President-Top Rank
201-693-7735
cmoretti@toprank.com

On Jul 23, 2014, at 6:59 PM, "David Lopez" <DLopez@toprank.com> wrote:

See below, is how I interpret the contract gate sharing arrangement. Please comment. Any other costs/expenses we should net out?

| **T.C. Gate Settlement:** | |
|---|---:|
| Gross ticket sales | $ 456,750 |
| | |
| Costs: | |
| Sales tax | (29,881) |
| NAC tax | (21,343) |
| Rent | (7,000) |
| Service/supplies/Staffing/Catering | (17,663) |
| Ticket giveaways | (5,208) |
| Ring & canvas | (2,000) |
| Locker room and gloveman | (1,000) |
| Ring announcers | (8,780) |
| TR Ambassadors | (5,000) |
| DJ | (3,800) |
| Credentials | (5,000) |
| Event coordination fees | (12,083) |
| Lighting audio and video | (16,390) |
| Other | (300) |
| Hotel and meals | (98,589) |
| Insurance | (3,000) |
| Marketing | (17,670) |
| Officials | (34,388) |
| ? | |

| | | |
|---|---:|---:|
| Subtotal Costs | | (289,095) |
| Net gate income | $ | 167,655 |

-----Original Message-----
From: Carl Moretti
Sent: Wednesday, July 23, 2014 3:55 PM
To: David Lopez
Subject: Omaha

Crawford gate settlement?

Carl Moretti
Vice President-Top Rank
201-693-7735
cmoretti@toprank.com

**From:** David Lopez [DLopez@toprank.com]
**Sent:** 7/23/2014 9:24:32 PM
**To:** Theresa Olan [TOlan@toprank.com]; Daniel Pancheri [DPancheri@toprank.com]
**CC:** Paulita Lumba [Paulita@toprank.com]
**Subject:** FW: Payment

Mailing instructions for mittendorf check

**From:** Christopher Middendorf [mailto:chris@middendorfsports.com]
**Sent:** Wednesday, July 23, 2014 2:19 PM
**To:** David Lopez
**Subject:** Re: Payment

No problem, you had asked me to call you Tuesday midday and when I had not heard back from you I was concerned. As mentioned as I am leaving town, I would appreciate the

pay would be sent fedex to me at: (please confirm how you do send it).

4111 Saul Road, Kensington, MD 20895.

Thank you.

Chris

**Chris Middendorf**
**Iron Mike Productions**

(301)942-5601 - direct office

(301)942-5603 - direct fax

chris@middendorfsports.com

**From:** David Lopez <DLopez@toprank.com>
**To:** Christopher Middendorf <chris@middendorfsports.com>
**Cc:** Daniel Pancheri <DPancheri@toprank.com>; Theresa Olan <TOlan@toprank.com>; Paulita Lumba <Paulita@toprank.com>
**Sent:**
**Subject:** RE: Payment


Chris, nothing has changed. Our weekly check run is today and yours will be on it.

We are slammed here and I have little time to reaffirm what I previously stated the plan was.

All my best,

Dave



**From:** Christopher Middendorf [mailto:chris@middendorfsports.com]
**Sent:** Wednesday, July 23, 2014 2:03 PM
**To:** David Lopez
**Subject:** Payment


As you suggested, I called you yesterday at the appointed time to check on my payment. As you had told me that it was being processed and had already been approved for payment,

I was relieved. But as I called twice and did not get a return call from you, I am now very bothered by this. It is not a huge sum of money, but it is enough that it has meaning to me. I would like to receive it as stated in our agreement which is in the period within five days after he defends his world title.  As this is certainly going to come up at least once more  and hopefully many times more, I would appreciate it if you would make sure that the company honors the terms of the agreement that was signed with me.


But right now, I want to know about the check for $40,000. that you said would be ready yesterday. I am leaving on vacation the end of this week and I need to have this situation resolved

before I leave. Please advise.


Thank you.

TOPRANK 000172

Chris

**Chris Middendorf**
**Iron Mike Productions**

(301)942-5601 - direct office

(301)942-5603 - direct fax

chris@middendorfsports.com

TOPRANK 000173

| | |
|---|---|
| From: | Christopher Middendorf [chris@middendorfsports.com] |
| Sent: | 7/22/2014 9:59:59 PM |
| To: | Daniel Pancheri [DPancheri@toprank.com] |
| Subject: | Re: Following up |

Dan- I tried to reach you last week and when I could not get you I called Dave Lopez. He told me that the check was being processed and that he had had to wait until the payment was authorized. But he said that it had been signed off on by Carl and that it was in process and that I should call him today at noon your time and he would confirm that it was ready to go out
today. Now, of course, he may be busy or away from his desk, but I have not been able to reach him for a status report. When I did speak with him last week he said that you had been championing my cause which I appreciate. But as I am leaving town the end of the week and as we are soon to be four weeks after the fight, I want to get this resolved now.

I would appreciate it if you would continue to champion my cause and find out the status for me. Or have him respond in some way to me.

Thank you very much,

Chris Middendorf



**Chris Middendorf
Iron Mike Productions
(301)942-5601 - direct office
(301)942-5603 - direct fax
chris@middendorfsports.com**

From: Daniel Pancheri <DPancheri@toprank.com>
To: Chris Middendorf <chris@middendorfsports.com>
Sent: Friday, June 27, 2014 2:29 PM
Subject: Re: Following up

I will not be there.  But we may have to get your check out later next
week.  Under the agreement we have 5 days to pay and normally with
Co-Promotion fees we pay the week after the event.  So don¹t be concerned
if we need to get the check to you next week. Thanks.


Daniel Pancheri, Esq.
Top Rank, Inc.
748 Pilot Road
Las Vegas, Nevada 89119
Phone - 702-732-2717
Fax - 702-733-8232


Confidentiality Notice

This message may be privileged or confidential and is intended solely for the use of the intended recipient. If you have received this email in error please notify the sender. If you are not the intended recipient, you may not read, copy, distribute, or use the enclosed information.

On 6/27/14, 11:26 AM, "Chris Middendorf" <chris@middendorfsports.com> wrote:

>Perfect. I assume you will not be joining us in Omaha! Please let Carl
>know if you have not already.
>Thank you.
>Chris
>
>Sent from my iPad
>
>On Jun 27, 2014, at 1:22 PM, Daniel Pancheri <DPancheri@toprank.com>
>wrote:
>
>> Chris, there is no issue.  Thanks for the assignment.  Call me on my
>>cell
>> phone at 702-374-4477.
>>
>>
>> Daniel Pancheri, Esq.
>> Top Rank, Inc.
>> 748 Pilot Road
>> Las Vegas, Nevada 89119
>> Phone - 702-732-2717
>> Fax - 702-733-8232
>>
>>
>> Confidentiality Notice
>> This message may be privileged or confidential and is intended solely
>>for
>> the use of the intended recipient.  If you have received this email in
>> error please notify the sender.  If you are not the intended recipient,
>> you may not read, copy, distribute, or use the enclosed information.
>>
>>
>>
>>
>>
>> On 6/27/14, 11:15 AM, "Chris Middendorf" <chris@middendorfsports.com>

```
>> wrote:
>>
>>> I left you a message regarding the payment. As I said, I pulled the
>>> assignment agreement
>>> That you had drawn up and had me sign when we did the initial deal two
>>> years ago. I am figuring that since you created the document that it
>>>will
>>> remain in force for this and hopefully more transactions in the future.
>>> If it is please let me know. If it is not please call me to discuss.
>>> I am sure that you are busy so I appreciate your time and effort in
>>> resolving this matter.
>>>
>>> Thank you.
>>> Chris
>>>
>>> Sent from my iPad
>>
```

TOPRANK 000176

| | |
|---|---|
| **From**: | David Lopez [DLopez@toprank.com] |
| **Sent**: | 7/16/2014 2:33:36 PM |
| **To**: | Carl Moretti [cmoretti@toprank.com] |
| **CC**: | Theresa Olan [TOlan@toprank.com]; Daniel Pancheri [DPancheri@toprank.com] |
| **Subject**: | RE: Assignment |

Thx It'll be next week.

**From:** Carl Moretti
**Sent:** Wednesday, July 16, 2014 6:30 AM
**To:** Theresa Olan
**Cc:** David Lopez
**Subject:** Re: Assignment

Approved. Just let me know when it' sent so I know when he calls me.

Carl Moretti

Vice President-Top Rank

201-693-7735

cmoretti@toprank.com

On Jul 16, 2014, at 6:03 AM, "Theresa Olan" <TOlan@toprank.com> wrote:

Will wait for approval and then cut sometime next week. Thanks.

**Theresa C. Olan**

Senior Accountant

Top Rank, Inc.

748 Pilot Road

Las Vegas, NV 89119

Tel: 702-201-1452

Fax: 702-733-8232

[tolan@toprank.com](mailto:tolan@toprank.com)

<image001.jpg>

[www.toprank.com](http://www.toprank.com)

**From:** David Lopez
**Sent:** Tuesday, July 15, 2014 2:18 PM
**To:** Theresa Olan
**Cc:** Carl Moretti
**Subject:** FW: Assignment

T, pending Carl approval. Do not even process or cut until next week. Check run already done for week and cash flow earmark already used up for week.

thanks

**From:** Daniel Pancheri
**Sent:** Tuesday, July 15, 2014 1:44 PM
**To:** Carl Moretti; David Lopez
**Subject:** FW: Assignment

Check request for 40k for Middendorf Sports, Carl can you approve? Attached the the assignment.

Daniel Pancheri, Esq.

Top Rank, Inc.

748 Pilot Road

Las Vegas, Nevada 89119