

# TERENCE CRAWFORD

**WEIGHTCLASS:** JR. WELTERWEIGHT

| 31 | 0 | 0 | 22 |
|---|---|---|---|
| WINS | LOSSES | DRAWS | KOS |

**AGE:** 29

**BIRTHPLACE:** OMAHA, NEBRASKA

**HEIGHT:** 5'8"

**REACH:** 70"

**MANAGERS:** CAMERON DUNKIN, BRIAN MCINTYRE

**TRAINERS:** ESAU DIEGEZ, BRIAN MCINTYRE

NEWS      BIOGRAPHY      FIGHT HISTORY



# FIGHT HISTORY

## 2017

4TH WBO JW WORLD TITLE DEFENSE, 2ND WBC SL WORLD TITLE DEFENSE – In his last fight on 5-20-17 in New York, NY, he won by TKO (10th round) against left-handed 2008 Olympic gold medalist **Felix Diaz** (19-1): the bout headlined in the main arena at Madison Square Garden – it drew a crowd of 8,026, and Terence dominated the fight; Diaz pressed forward and landed a few right hooks in the early rounds, but Terence, fighting entirely in the left-handed stance, consistently out-boxed and out-worked him; Diaz stepped up his pace in the middle rounds, but Terence landed the harder punches and wore him down – he staggered Diaz with a left uppercut in the 8th round, followed by a left hand to body moments later, then rocked Diaz with a left hand in the 9th round; Terence rocked Diaz with a series of punches late in the 10th round, and Diaz' corner stopped the fight after the round; after 10 rounds, Terence led by scores of 100-90, 100-90, 99-91.



## 2016

4th WBO JW WORLD TITLE DEFENSE, 1ST WBC SL WORLD TITLE DEFENSE – in his last fight on 12-10-16 in Omaha, NB, he won by TKO (8th round) against **John Molina Jr.** (29-6): the bout headlined at CenturyLink Center and drew a crowd of 11,270; Terence dominated the fight – he switched to the

lefthanded stance midway through the 1st round, stayed there for the rest of the fight, and consistently outboxed and outworked Molina; Molina constantly pressed forward, landed a good right hand in the 1st round and another in the 3rd, but Terence consistently landed the harder punches and steadily wore him down; Terence staggered Molina with a series of punches in the 8th round, backed Molina into a corner, then scored a knockdown with another series of punches that ended with a right hook to the body, and the referee stopped the fight without a count as Molina fell to all-fours at 2:32; after seven rounds, Terence led by shutout scores of 70-63, 70-63, 70-60.

3RD WBO JW WORLD TITLE DEFENSE, WON WBC SL WORLD TITLE – On 7-23-16 in Las Vegas, NV, he won a 12 round unanimous decision in a title unification bout against previously undefeated WBC super lightweight world champion Viktor Postol (28-0): the bout headlined at the MGM Grand and drew a crowd of 7,027; Postol pressed forward, but Terence kept him off-balance with movement, consistently landed the harder punches, and dominated the fight; he switched to the lefthanded stance early in the 1st round and fought that way for the entire fight; the early rounds were close and after four rounds, all three judges scored 38-38; but Terence scored two knockdowns in the 5th round – the first with a right hook that dropped Postol to one knee, the other with a left hand when Postol's gloves touched the canvas – and dominated the rest of the fight; he consistently outworked Postol and rocked him with a left hand in the 6th round, rocked him with a right hook in the 8th round, then staggered him with a left hand in the 9th round; Postol was penalized one point for punching to the back of the head in the 11th round; scored 118-107, 118-107, 117-108.

2ND WBO JW WORLD TITLE DEFENSE – on 2-27-16 in New York, NY, he won by TKO (5th round) against Hank Lundy (26-5-1): the bout headlined in The Theater at Madison Square Garden and drew a capacity crowd of 5,092 – Lundy gave a good effort, but Terence dominated the fight; he switched to the lefthanded stance in the 1st round and controlled the pace of the fight with a hard scoring jab; Terence won the 1st and 2nd rounds on two scorecards, then swept the 3rd and 4th on all three; he staggered Lundy with a left hand midway through the 5th round, then scored a knockdown with a series of punches moments later – Lundy got up, but Terence staggered him with another series of punches and the referee stopped the fight at 2:09; after four rounds, Terence led by scores of 40-36, 40-36, 38-38.



2015

On 10-24-15 in Omaha, NB, he won by TKO (10th round) against Dierry Jean (29-1): the bout headlined at CenturyLink Center -- it drew a crowd of 11,020, and Terence dominated the fight; he switched to the lefthanded stance in the 1st round and scored a knockdown with a right hook just before the bell; Jean gave a determined effort, but Terence consistently outboxed and outworked him, landed the harder punches, and Jean was cut over his right eye in the 5th; Terence scored a knockdown with a left hand late in the 9th round; he scored another knockdown with a right-left combination in the 10th, and the referee stopped the fight at 2:30; after nine rounds, Terence led by scores of 90-79, 90-79, 89-80.

WON VACANT WBO JW WORLD TITLE -- On 4-18-15 in Arlington, TX, he won by TKO (6th round) against Thomas Dulorme (22-1): the bout headlined at University of Texas and ended with a devastating knockout; Dulorme started fast and outworked Terence in the 1st and 2nd rounds, but Terence stepped up his pace and rocked Dulorme with a left hook in the 3rd, then rocked him with a right hand in the 4th round; he staggered Dulorme with a right hand in the 6th, then scored three knockdowns -- the first with a right hand, the second and third with a series of punches -- and the referee stopped the fight without a count at 1:51; after five rounds, the fight was scored 48-47, 48-47 Crawford, 48-47 Dulorme.



