

# TERENCE CRAWFORD

**WEIGHTCLASS:** JR. WELTERWEIGHT

| 31 | 0 | 0 | 22 |
|---|---|---|---|
| WINS | LOSSES | DRAWS | KOS |

**AGE:** 29

**BIRTHPLACE:** OMAHA, NEBRASKA

**HEIGHT:** 5'8"

**REACH:** 70"

**MANAGERS:** CAMERON DUNKIN, BRIAN MCINTYRE

**TRAINERS:** ESAU DIEGEZ, BRIAN MCINTYRE

NEWS     BIOGRAPHY     FIGHT HISTORY



# TERENCE CRAWFORD

At the age of 29, Terence is a nine-year pro. A two-division world champion, he is one of boxing's brightest rising young stars.

Terence is one of a handful of elite-level fighters who want the biggest challenges and biggest fights, and his consistently outstanding performances make a very strong case for him being one of the best fighters at any weight, "pound for pound."

He won the WBO lightweight world title on March 1, 2014, and made two successful title defenses over the next eight months. Those three performances earned him the Boxing Writers Association of America's award for the "2014 Fighter of the Year."

Terence then moved up in weight and won the WBO junior welterweight world title in April, 2015, and made two successful title defenses. In a title unification bout on July 23, he made his third WBO defense and won the WBC title with a 12-round unanimous decision win against previously undefeated defending WBC champion **Viktor Postol**.

He defended both titles on December 10 in Omaha, and won by eighth-round TKO against **John Molina Jr.**

In his last fight on May 20 in New York, he won by 10th-round TKO against 2008 Olympic gold medalist **Felix Diaz**. The bout headlined at Madison Square Garden.

ESPN.com's **Dan Rafael** reported [excerpts]: Crawford, one of the best fighters in the world pound for pound, put on yet another overwhelmingly dominant performance and did so against a quality opponent in Diaz, a 2008 Olympic gold medalist from the Dominican Republic.

Crawford, making his fifth defense, pounded Diaz throughout the fight before 8,026 in his first fight in the main arena at Madison Square Garden as he landed all kinds of heavy shots with both hands and made Diaz, a very good fighter, look virtually helpless.

Diaz had soaked up tremendous punishment when trainer **Joel Diaz** threw in the towel after the 10th round in a very compassionate move.

Crawford would love to move up to welterweight for a fall showdown with titlist **Manny Pacquiao** but could first meet **Julius Indongo**, who was ringside and has the other two 140-pound belts Crawford doesn't have, this summer to unify all four belts. [End Rafael item]

Yahoo Sports' **Kevin Iole** wrote [excerpts]: **Terence Crawford** painted a masterpiece in decimating Felix Diaz

If it is possible to improve upon greatness, Crawford did just that Saturday at Madison Square Garden in a 10th-round stoppage of 2008 Olympic gold medalist Felix Diaz.

Crawford was brilliant from start to finish in taking apart the rugged Dominican, who is thick and skilled and powerful, but also no match for someone of Crawford's ilk.

There are few now around 140 or 147 pounds who are in his league. [End Iole item]

Terence's four fights in Omaha, his hometown, have drawn tremendous crowds – 10,943 on June 28, 2014; 11,127 five months later on November 29; 11,020 on October 24, 2015, and most recently 11,270 on December 10, 2016 – and he has had very strong TV viewership for every fight.

Terence said, "My strategy is just being me. That's always our strategy. If I go in there and fight my fight and be me, can't nobody beat me.

"I'm a boxer-puncher, a counterpuncher type. But for me, it just depends on the fight – it just depends on the moment. You're in there, you're trying to see what you can do, you get hit with a shot, then you feel like you've got to step it up sometimes. You never know if your opponent is going to come out and press the action and make it a fast-paced fight.

"So, you've always got to be prepared, 'cause you never know what your opponent is going to bring to the table. You've just got to go in there and adjust."

About his nickname, he said, "My mom gave it to me when I was younger – she started calling me 'Bud' when I was like, one."

Terence showed his potential in an impressive amateur career that included wins against **Danny Garcia**, who currently holds the WBC welterweight world title, and former WBO featherweight and junior lightweight world champion **Mikey Garcia**. Terence won gold medals at the 2006 Blue & Gold Nationals and 2007 PAL Nationals, and earned a spot as an alternate on the 2008 U.S. Olympic team.

Twitter: @budcrawford402

Facebook: facebook.com/TBudCrawford

Instagram: @tbudcrawford402

World championship fights: 9-0, 6 KOs

- WBC super lightweight world champion, two successful defenses

- WBO jr. welterweight world champion, five successful defenses

- Former WBO lightweight world champion, two successful defenses

- Boxing Writers Association of America "2014 Fighter of the Year"

- Former NABO lightweight champion

2008 U.S. Olympic alternate (amateur), 132 pounds

2007 Pan American Games Qualifier (amateur), 132 pounds - Gold Medalist

2006 National PAL Championships (amateur), 132 pounds - Gold Medalist

2006 Blue & Gold National Championships (amateur), 132 pounds - Gold Medalist

SUBSCRIBE

**TOP RANK** (HTTP://WWW.TOPRANK.COM/)

ABOUT (HTTP://WWW.TOPRANK.COM/ABOUT-US/)   CONTACT US (HTTP://WWW.TOPRANK.COM/CONTACT-US/)

TERMS OF USE (HTTP://WWW.TOPRANK.COM/TERMS-OF-USE/)   PRIVACY POLICY (HTTP://WWW.TOPRANK.COM/PRIVACY/)

f (HTTPS://WWW.FACEBOOK.COM/TRBOXING)   f (HTTPS://WWW.FACEBOOK.COM/TRBOXEO)
(HTTPS://WWW.INSTAGRAM.COM/TRBOXING)   (HTTPS://WWW.YOUTUBE.COM/TRBOXING)
(HTTPS://WWW.TWITTER.COM/TRBOXING)

© 2017 TOP RANK, INC. ALL RIGHTS RESERVED.