
8:17-cv-00011-JMG-SMB    Doc# 145-17    Filed: 09/14/18    Page 1 of 4 - Page ID # 2035
Boxing's Official Record Keeper
sign up | login

enter name or ID#  



# Terence Crawford

| 33 | 0 | 0 |
|---|---|---|
| 24 KOs | 0 KOs | |



| | | | |
|---|---|---|---|
| ID# | 447121 | status | active |
| role | boxer | titles held | World Boxing Organisation World Welterweight Title |
| rating | ★★★★★ | birth name | Terence Allan Crawford |
| | 1 / 2,000 | alias | Bud |
| | 1 / 357 | born | 1987-09-28 / age 30 |
| VADA CBP | enrolled | nationality | 🇺🇸 USA |
| bouts | 33 | debut | 2008-03-14 |
| rounds | 177 | division | welterweight |
| KOs | 73% | stance | orthodox |
| | | height | 5′ 8″  /  173cm |
| | | reach | 70″  /  178cm |
| | | residence | 🇺🇸 Omaha, Nebraska, USA |
| | | birth place | 🇺🇸 Omaha, Nebraska, USA |

≡₊ register as manager

≡₊ register as promoter

# Career

| date | opponent | | result | |
|---|---|---|---|---|
| 2018-10-13 | **Jose Benavidez Jr*** 27 0 0 | S | | 12 |
| | World Boxing Organisation World Welterweight Title | | | |
| | scheduled bouts subject to change & commission approval | | | |
| 2018-06-09 | **Jeff Horn** 18 0 1 | W | TKO | 9/12 |
| | World Boxing Organisation World Welterweight Title | | | |
| 2017-08-19 | **Julius Indongo** 22 0 0 | W | KO | 3/12 |
| | International Boxing Federation World Super Lightweight Title World Boxing Association Super World Super Lightweight Title World Boxing Council World Super Lightweight Title World Boxing Organisation World Super Lightweight Title | | | |
| 2017-05-20 | **Felix Diaz** 19 1 0 | W | RTD | 10/12 |
| | World Boxing Council World Super Lightweight Title World Boxing Organisation World Super Lightweight Title | | | |
| 2016-12-10 | **John Molina Jr*** 29 6 0 | W | TKO | 8/12 |
| | World Boxing Council World Super Lightweight Title World Boxing Organisation World Super Lightweight Title | | | |
| 2016-07-23 | **Viktor Postol** 28 0 0 | W | UD | 12/12 |
| | World Boxing Council World Super Lightweight Title World Boxing Organisation World Super Lightweight Title | | | |
| 2016-02-27 | **Henry Lundy** 26 5 1 | W | TKO | 5/12 |
| | World Boxing Organisation World Super Lightweight Title | | | |
| 2015-10-24 | **Dierry Jean*** 29 1 0 | W | TKO | 10/12 |
| | World Boxing Organisation World Super Lightweight Title | | | |
| 2015-04-18 | **Thomas Dulorme*** 22 1 0 | W | TKO | 6/12 |
| | vacant World Boxing Organisation World Super Lightweight Title | | | |
| 2014-11-29 | **Raymundo Beltran** 29 6 1 | W | UD | 12/12 |
| | World Boxing Organisation World Lightweight Title | | | |
| 2014-06-28 | **Yuriorkis Gamboa** 23 0 0 | W | TKO | 9/12 |
| | World Boxing Organisation World Lightweight Title | | | |
| 2014-03-01 | **Ricky Burns** 36 2 1 | W | UD | 12/12 |
| | World Boxing Organisation World Lightweight Title | | | |
| 2013-10-05 | **Andrey Klimov** 16 0 0 | W | UD | 10/10 |
| 2013-06-15 | **Alejandro Sanabria** 34 1 1 | W | TKO | 6/10 |
| | vacant World Boxing Organisation NABO Lightweight Title | | | |
| 2013-03-30 | **Breidis Prescott** 26 4 0 | W | UD | 10/10 |
| 2012-11-10 | **Sidney Siqueira** 19 6 1 | S | TKO | 6/8 |
| 2012-09-13 | **Hardy Paredes** 15 10 0 | W | TKO | 4/8 |
| 2012-06-08 | **David Rodela** 16 5 3 | W | KO | 2/6 |

| Date | Opponent | Record | Result | Rounds |
|---|---|---|---|---|
| 2012-04-14 | **Andre Gorges** 21 2 2 | W | KO | 5/6 |
| 2011-09-10 | **Angel Rios** 9 6 0 | W | UD | 8/8 |
| 2011-07-30 | **Derrick Campos** 20 11 0 | W | TKO | 2/6 |
| 2011-02-26 | **Anthony Mora** 15 6 0 | W | KO | 1/6 |
| 2010-07-31 | **Ron Boyd** 6 10 1 | W | TKO | 1/6 |
| 2010-05-01 | **Marty Robbins** 23 45 1 | W | KO | 3/6 |
| 2009-12-19 | **Corey Sommerville** 1 3 0 | W | TKO | 2/4 |
| 2009-10-31 | **Steve Marquez** 9 14 1 | W | TKO | 1/4 |
| 2009-05-02 | **Miguel Delgado** 3 11 0 | W | TKO | 3/4 |
| 2009-03-21 | **Lucas Rodas** 3 4 0 | W | KO | 1/4 |
| 2009-03-07 | **Travis Hartman** 9 10 1 | W | UD | 4/4 |
| 2008-11-08 | **Michael Williams** 5 6 0 | W | TKO | 2/4 |
| 2008-08-22 | **Aaron Anderson** debut | W | UD | 4/4 |
| 2008-07-26 | **Damon Antoine** 8 25 1 | W | UD | 4/4 |
| 2008-04-03 | **Filiberto Nieto** 1 4 0 | W | RTD | 1/4 |
| 2008-03-14 | **Brian Cummings** 2 0 0 | W | KO | 1/4 |

BoxRec.com uses cookies to make the site simpler. Find out more about cookies

EN   CN   DE   ES   FR   HU   PL   RU