IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| MIDDENDORF SPORTS, a Maryland Sole Proprietorship, | ) ) ) | |
|---|---|---|
| Plaintiff(s), | ) ) ) | LIST OF EXHIBITS |
| v. | ) ) | Case Number: 8:17-cv-00011 Courtroom Deputy: |
| TOP RANK, INC., a Nevada corporation, and TERENCE CRAWFORD, an individual, | ) ) ) | Court Reporter: |
| Defendant(s). | ) | |

| EXHIBIT NO. | | | | | | |
|---|---|---|---|---|---|---|
| **JOINT** | **DESCRIPTION** | **OFF** | **OBJ** | **RCVD** | **NOT RCVD** | **DATE** |
| 1 | Agreement and Release dated June 30, 2011 (TOPRANK 000001-000002) | X | | X | | |
| 2 | Termination and Mutual Release dated June 30, 2011 (TOPRANK 000003) | X | | X | | |
| 3 | Top Rank Promotional Rights Agreement dated June 16, 2011 (TOPRANK 000004-000021) | X | | X | | |
| 4 | Notice of Agreed Assignment of Rights dated July 19, 2011 (TOPRANK 000022) | X | | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Exclusive Restated Promotional Rights Agreement dated September 16, 2014 (TOPRANK 000023-000038) | X | | X | | |
| 6 | Email exchange from Christopher Middendorf to Harrison Whitman dated 7/29/16 Subject: "payment of my fee" (TOPRANK000570-572) | X | | X | | |
| 7 | Email exchange from Harrison Whitman to Todd DuBoeff and Carl Moretti dated 7/29/16 Subject: "payment of my fee" (TOPRANK000573-574) | X | | X | | |
| 8 | Email exchange from Harrison Whitman to Todd DuBoeff and Carl Moretti dated 7/28/16 Subject: "payment of my fee" (TOPRANK000575-576) | X | | X | | |
| 9 | Email exchange from Harrison Whitman to Todd DuBoeff and Carl Moretti dated 7/28/16 re: Update on Crawford invoice (TOPRANK000577-579) | X | | X | | |

2

| 10 | Top Rank Press Release – "Crawford-Postol Features 2 of Boxing's Best | X | | X | | |
| --- | --- | --- | --- | --- | --- | --- |
| 11 | Plaintiff's Answers to Top Rank's Interrogatories | X | | X | | |
| 12 | Defendant Top Rank, Inc.'s Responses to Plaintiff's Requests for Admission, Interrogatories, and Production of Documents | X | | X | | |
| 13 | Redacted Email Communications Between Daniel Pancheri, Carl Moretti, David Lopez, and Chris Middendorf re: Outstanding $40,000.00 Check to Middendorf (TOPRANK000168-000178) | X | | X | | |
| 14 | Press Release re: Terence Crawford vs. Julius Indongo in Battle of Undefeated Jr. Welterweight World Champions dated August 19, 2017 | X | | X | | |
| 15 | Top Rank Article re: Fight History of Terence Crawford | X | | X | | |

| 16 | Top Rank Article re: Biography of Terence Crawford | X | | X | | |
| 17 | BoxRec Printout for Terence Crawford | X | | X | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**