# RESTRICTED DOCUMENT
# EXHIBIT B
# To Plaintiff's Brief Regarding the Issues of Title Defense and Gate Participation