# RESTRICTED DOCUMENT
# EXHIBIT C
## To Plaintiff's Brief Regarding the Issues of Title Defense and Gate Participation