# RESTRICTED DOCUMENT
# EXHIBIT E
# To Plaintiff's Brief Regarding the Issues of Title Defense and Gate Participation