# RESTRICTED DOCUMENT
# EXHIBIT G
# To Plaintiff's Brief Regarding the Issues of Title Defense and Gate Participation