IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDDENDORF SPORTS, a Maryland Sole Proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and TERRENCE CRAWFORD, an individual,<br><br>Defendant. | Case No.: 8:17-cv-00011-JMG-SMB<br><br>**DEFENDANT TOP RANK, INC.'S UNOPPOSED MOTION TO STAY EXECUTION OF JUDGMENT** |

Defendant Top Rank, Inc. ("Top Rank"), by and through its undersigned counsel, pursuant to NECivR 7.1(a)(1), hereby moves the Court for an order staying execution of the Judgment dated April 1, 2019 [ECF No. 159] pursuant to FRCP 62(b). Top Rank further requests that the Court set a supersedeas bond amount of $575,000. Middendorf Sports does not oppose Top Rank's motion to stay execution of the judgment pending appeal and has agreed to a bond amount of $575,000.

In support of the Motion, Top Rank submits the following to the Court:

1. Defendant Top Rank, Inc.'s Brief in Support of Motion to Stay Execution of Judgment.

DATED: April 26, 2019          TOP RANK, INC.

                                         By /s/ ***Philip R. Erwin***
                                         Donald J. Campbell, Esq. (*pro hac vice*)
                                         J. Colby Williams, Esq. (*pro hac vice*)
                                         Philip R. Erwin, Esq. (*pro hac vice*)
                                         CAMPBELL & WILLIAMS
                                         700 South Seventh Street
                                         Las Vegas, Nevada 89101
                                         Tel: (702) 382-5222/Fax: (702) 382-0540
                                         djc@cwlawlv.com
                                         jcw@cwlawlv.com
                                         pre@cwlawlv.com

Joseph S. Daly, Esq. (#10896)
SODORO, DALY, SHOMAKER & SELDE, P.C
7000 Spring Street
Omaha, Nebraska 68106
Tel: (402) 397-6200/Fax: (402) 397-6290
jdaly@sodorolaw.com

and

Patrick J. Borchers, Esq. (#21664)
2500 California Plaza
Omaha, Nebraska 68178
Tel: (402) 280-3009/Fax: (402) 280-2787
PatrickBorchers@creighton.edu

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing was served on the 26th day of April, 2019 via the Court's CM/ECF electronic filing system addressed to the following parties on the e-service list:

D.C. "Woody" Bradford III, Esq.
Keith A. Harvat, Esq.
HOUGHTON BRADFORD WHITTED PC, LLO
6457 Frances Street, Suite 100
Omaha, Nebraska 68106
Telephone: (402) 344-4000
Facsimile: (402) 930-1099
wbradford@houghtonbradford.com
kharvat@houghtonbradford.com

Michael Miller, Esq.
LAW OFFICES OF MICHAEL MILLER, P.C.
926 Chulie Drive
San Antonio, Texas 78216
Telephone: (210) 225-6666
Facsimile: (210) 225-2300
mmiller@michaelmillerlaw.com

Todd C. Kinney, Esq.
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Todd.Kinney@KutakRock.com

Mikal C. Watts, Esq.
Francisco Guerra IV. Esq.
Jorge L. Mares, Esq.
P. Brian Berryman, Esq.
WATTS GUERRA, LLP
Four Dominion Drive
Bldg. 3, Suite 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0501
mcwatts@wattsguerra.com
fguerra@wattsguerra.com
jmares@wattsguerra.com
bberryman@wattsguerra.com

    /s/ *John Y. Chong*
An Employee of Campbell & Williams