IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDDENDORF SPORTS, a Maryland Sole Proprietorship,<br><br>                 Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and TERRENCE CRAWFORD, an individual,<br><br>                 Defendant. | Case No.: 8:17-cv-00011-JMG-SMB<br><br>**DEFENDANT TOP RANK, INC.'S BRIEF IN SUPPORT OF UNOPPOSED MOTION TO STAY EXECUTION OF JUDGMENT [ECF No. 161]** |

Comes now the Defendant Top Rank, Inc. ("Top Rank"), by and through its undersigned counsel, pursuant to NECivR 7.1(a)(1), and submits the following Brief in Support of Plaintiff's Motion to Stay Execution of Judgment [ECF No. 161].

On April 1, 2019, the Court entered judgment for Plaintiff Middendorf Sports and against Defendant Top Rank, Inc ("Top Rank") in the amount of $520,296.87, plus prejudgment interest calculated pursuant to NRS 99.040.[1] *See* Judgment [ECF No. 159]. Top Rank is appealing the Court's ruling to the United States Court of Appeals for the Eighth Circuit and has filed its Notice of Appeal [ECF No. 160] concurrently herewith. Accordingly, pursuant to FRCP 62(b), Top Rank hereby moves to stay execution of the judgment pending appeal upon the posting of a supersedeas bond in the amount of $575,000.

Pursuant to FRCP 62(b), "[a]n appellant may request and obtain a stay of judgment pending appeal as a matter of right upon posting a supersedeas bond." *New Access Commc'ns LLC v. Qwest Corp.*, 378 F.Supp.2d 1135, 1138 (D. Minn. 2005) (citing *Am. Mfrs. Mut. Ins. Co. v. Am*

---

[1] As of April 16, 2019, the total amount of the judgment plus prejudgment interest calculated pursuant to NRS 99.040 was approximately $570,182.15.

1

*Broadcasting-Paramount Theatres, Inc.*, 87 S.Ct. 1, 3 (1966)); *Knutson v. AG Processing, Inc.*, 302 F.Supp.2d 1023, 1032-33 (N.D. Iowa 2004) (listing cases for the proposition that a party may post a supersedeas bond and stay execution of a monetary judgment pending appeal as a matter of right).  "The general rule is for the district court to set a supersedeas bond in the full amount of the judgment plus interest, costs, and damages for delay."  *Qwest*, 378 F.Supp.2d at 1138.

Here, Middendorf Sports does not oppose Top Rank's motion to stay execution of the judgment pending appeal and has agreed to a bond amount of $575,000.  As such, Top Rank respectfully requests that the Court grant its Motion to Stay Execution of Judgment [ECF No. 161] and set a supersedeas bond amount of $575,000.

DATED: April 26, 2019          TOP RANK, INC.

By /s/ **Philip R. Erwin**
Donald J. Campbell, Esq. (*pro hac vice*)
J. Colby Williams, Esq. (*pro hac vice*)
Philip R. Erwin, Esq. (*pro hac vice*)
CAMPBELL & WILLIAMS
700 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222/Fax: (702) 382-0540
djc@cwlawlv.com
jcw@cwlawlv.com
pre@cwlawlv.com

Joseph S. Daly, Esq. (#10896)
SODORO, DALY, SHOMAKER & SELDE, P.C
7000 Spring Street
Omaha, Nebraska 68106
Tel: (402) 397-6200/Fax: (402) 397-6290
jdaly@sodorolaw.com

Patrick J. Borchers, Esq. (#21664)
2500 California Plaza
Omaha, Nebraska 68178
Tel: (402) 280-3009/Fax: (402) 280-2787
PatrickBorchers@creighton.edu

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing was served on the 26th day of April, 2019 via the Court's CM/ECF electronic filing system addressed to the following parties on the e-service list:

D.C. "Woody" Bradford III, Esq.
Keith A. Harvat, Esq.
HOUGHTON BRADFORD WHITTED PC, LLO
6457 Frances Street, Suite 100
Omaha, Nebraska 68106
Telephone: (402) 344-4000
Facsimile: (402) 930-1099
wbradford@houghtonbradford.com
kharvat@houghtonbradford.com

Michael Miller, Esq.
LAW OFFICES OF MICHAEL MILLER, P.C.
926 Chulie Drive
San Antonio, Texas 78216
Telephone: (210) 225-6666
Facsimile: (210) 225-2300
mmiller@michaelmillerlaw.com

Todd C. Kinney, Esq.
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Todd.Kinney@KutakRock.com

Mikal C. Watts, Esq.
Francisco Guerra IV. Esq.
Jorge L. Mares, Esq.
P. Brian Berryman, Esq.
WATTS GUERRA, LLP
Four Dominion Drive
Bldg. 3, Suite 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0501
mcwatts@wattsguerra.com
fguerra@wattsguerra.com
jmares@wattsguerra.com
bberryman@wattsguerra.com

    /s/ ***John Y. Chong***
An Employee of Campbell & Williams