IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDDENDORF SPORTS, a Maryland Sole Proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and TERENCE CRAWFORD, an individual,<br><br>Defendants. | 8:17-CV-11<br><br>JUDGMENT |

IT IS ORDERED:

1. Defendant Top Rank, Inc.'s Unopposed Motion to Stay Execution of Judgment (filing 161) is granted.

2. Execution and levy of the judgment in this case is stayed, on the condition that Top Rank, within 7 days of this order, shall file a supersedeas bond, with acceptable surety (*see* NECivR 65.1.1) in the amount of $575,000.00.

Dated this 26th day of April, 2019.

BY THE COURT:

/s/ John M. Gerrard
John M. Gerrard
Chief United States District Judge