IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDDENDORF SPORTS, a Maryland Sole Proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and TERENCE CRAWFORD, an individual,<br><br>Defendants. | 8:17-CV-11<br><br>ORDER |

IT IS ORDERED:

1. Defendant Top Rank, Inc.'s Consent Motion for Partial Release of Security (filing 168) is granted.

2. The Clerk of the Court shall release to Top Rank the sum of $119,766.69, pursuant to NECivR 67.1.

Dated this 16th day of September, 2019.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge