IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MIDDENDORF SPORTS, a Maryland Sole Proprietorship, | 8:17-CV-11 |
|---|---|
| Plaintiff, | |
| vs. | AMENDED ORDER |
| TOP RANK, INC., a Nevada corporation, and TERENCE CRAWFORD, an individual, | |
| Defendants. | |

IT IS ORDERED:

1. Defendant Top Rank, Inc.'s Consent Motion for Partial Release of Security (filing 168) is granted.

2. The Clerk of the Court shall release to Top Rank the sum of $119,766.69, pursuant to NECivR 67.1.

3. The Clerk shall send the funds to:

    Top Rank, Inc.
    748 Pilot Rd
    Las Vegas, NV 89119

Dated this 17th day of September, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge