IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDDENDORF SPORTS, a Maryland Sole Proprietorship,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and TERENCE CRAWFORD, an individual,<br><br>　　　　　Defendants. | 8:17-CV-11<br><br><br>ORDER |

　　　This case has returned to the district court upon receipt of the Eighth Circuit's mandate (filing 173). As relevant, the Court of Appeals reversed the Court's judgment as to gate receipts, but affirmed the Court's judgment in all other respects. *See* filing 171.

　　　Taken together, the Court's Findings of Fact and Conclusions of Law of March 31, 2019 (filing 158), and the Eighth Circuit's decision on appeal (filing 171), suggest that judgment should be entered for Middendorf Sports, and against Top Rank, Inc., in the amount of $514,000.00, plus prejudgment interest calculated pursuant to Nev. Rev. Stat. § 99.040.

　　　IT IS ORDERED:

　　　1.　　On or before May 4, 2020, the parties shall show cause why an amended judgment should not be entered for Middendorf Sports, and against Top Rank, Inc., in the amount of $514,000.00, plus prejudgment interest calculated pursuant to Nev. Rev. Stat. § 99.040.

2. The Clerk of the Court shall set a show cause deadline for May 4, 2020.

Dated this 27th day of April, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge