IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDDENDORF SPORTS, a Maryland Sole Proprietorship,<br><br>      Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation, and TERENCE CRAWFORD, an individual,<br><br>      Defendants. | 8:17-CV-11<br><br>ORDER |

IT IS ORDERED:

1. Defendant Top Rank, Inc.'s Consent Motion for Partial Release of Security (filing 177) is granted.

2. The Clerk of the Court shall release to Top Rank the remaining deposited funds of $455,233.31, plus accrued interest of $9,327.47, for a total of $464,560.78, pursuant to NECivR 67.1.

3. The Clerk shall send the funds to:

    Top Rank, Inc.
    748 Pilot Rd
    Las Vegas, NV 89119

Dated this 6th day of May, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge